UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

UNITED STATES OF AMERICA

                                        Plaintiff,

          -v.-
                                              Civil Action No.
                                              1:05-cv-1169 (GLS/DRH)


$4,675.00 IN UNITED STATES CURRENCY;
and ONE 1997 FORD EXPEDITION VIN
1FMFU18L4VLB79261, NY License No.
DGB-8080
                                        Defendant.

GREGORY LEE and MARSA GAINES

                                        Claimants.
--------------------------------------------------------------------------------

APPEARANCES:

**FOR THE PLAINTIFF:**

HON. GLENN T. SUDDABY              THOMAS A CAPEZZA, ESQ.
United States Attorney for the     Assistant United States Attorney
Northern District of New York
218 James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207-2924

MR. GREGORY LEE
Claimant Pro Se
Ulster County Jail
E-8
61 Golden Hill Drive
Kingston, New York 12401

MS. MARSA GAINES
Claimant Pro Se
40 Prince Street
Kingston, New York 12401

GARY L. SHARPE,
U.S. DISTRICT JUDGE

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed January 31, 2007.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed January 31, 2007 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that Lee's cross-motion to dismiss the complaint herein (Docket No. 21) is DENIED.

2

IT IS SO ORDERED

Dated:     February 23, 2007
              Albany, New York

Gary L. Sharpe
U.S. District Judge